**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR RECONSIDERATION EN BANC**

Appellate case name:       In re David Patrick Daniel

Appellate case number:   01-16-00953-CV

Trial court:                     308th District Court of Harris County

Date motion filed:          April 21, 2016

Party filing motion:        Relator

      It is ordered that relator's motion for reconsideration en banc is **denied**.


Judge's signature: /s/ Russell Lloyd
                     Acting for the Court

En Banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Lloyd.

Date: July 18, 2017